NOT FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

MAY 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LISA MARIE PEREZ, FKA Lisa Marie
Belyew,

Plaintiff - Appellant,

v.

MORELAND; KORY L. HONEA, Butte
County Sheriff; GREGORY JO AHERN,
Alameda County Sheriff; SPENCER,

Defendants - Appellees.

No. 24-129

D.C. No. 2:17-cv-00508-KJM-AC

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Kimberly J. Mueller, District Judge, Presiding

Submitted May 21, 2025[**]

Before:     SILVERMAN, LEE, and VANDYKE, Circuit Judges.

Lisa Marie Perez appeals pro se from the district court's summary judgment

in her 42 U.S.C. § 1983 action alleging various constitutional violations while she

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

was a pretrial detainee.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo.  *Donell v. Kowell*, 533 F.3d 762, 769 (9th Cir. 2008).  We affirm.

The district court properly granted summary judgment on Perez's Fourth Amendment claim related to the December 2016 strip search because Perez failed to raise a genuine dispute of material fact as to whether the strip search was unreasonable.  *See Bell v. Wolfish*, 441 U.S. 520, 559 (1979) (setting forth factors to be considered when evaluating whether search was unreasonable under Fourth Amendment); *Johnson v. Neilson (In re Slatkin)*, 525 F.3d 805, 811 (9th Cir. 2008) ("[A] summary judgment proceeding does not deprive the losing party of its Seventh Amendment right to a jury trial.").

We do not consider matters not specifically and distinctly raised and argued in the opening brief.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Perez's motion "for review of case dismissal" (Docket Entry No. 10) is denied as unnecessary.

**AFFIRMED.**